No. 15, October Term, 1957. PUBLIC SERVICE COMMISSION OF UTAH ET AL. *v.* UNITED STATES ET AL., 356 U. S. 421. The motion to allow and tax costs is granted to the extent of nine-elevenths of such costs which are hereby taxed against appellees exclusive of the United States and the Interstate Commerce Commission. MR. JUSTICE STEWART took no part in the consideration or decision of this motion. *E. R. Callister,* Attorney General of Utah, *Raymond W. Gee,* Assistant Attorney General, *Calvin L. Rampton* and *Keith Sohm* for movants-appellants. *Elmer B. Collins, Bryan P. Leverich, Ernest P. Porter, Peter W. Billings, Wood R. Worsley* and *A. U. Miner* were on a brief in opposition for the Denver & Rio Grande Western Railroad Co. et al., railroad appellees.

No. 27. FOLSOM, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *v.* FLORIDA CITRUS EXCHANGE ET AL. Certiorari, 356 U. S. 911, to the United States Court of Appeals for the Fifth Circuit. The motion to substitute Arthur S. Flemming as the party petitioner for Marion B. Folsom is granted. *Solicitor General Rankin* for movant-petitioner.

No. 175. RALEY ET AL. *v.* OHIO. Appeal from the Supreme Court of Ohio. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Morse Johnson* and *Louis C. Capelle* for appellants.

No. 232, Misc. LA MANNA *v.* CALIFORNIA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.